JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALABASAS LUXURY MOTORCARS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BMW NORTH AMERICA, LLC, *et al.*, <br><br> Defendants. | Case No. CV 21-8825 DMG (ASx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order re Defendant's motion to dismiss [Doc. # 38], issued on March 23, 2023,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants BMW North America, LLC and BMW Financial Services NA, LLC, and against Plaintiff.

DATED: March 23, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE